**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN THE MATTER OF:** | |
| | **CASE NO. 10-08840 ESL** |
| **WILLIE RAFAEL COLON PEREZ** | **Chapter 7** |
| **DAISY MARGARITA ROSARIO RODRIGUEZ** | |
| **XXX-XX-3358** | |
| **XXX-XX-5079** | |
| | FILED & ENTERED ON 12/27/2010 |
| **Debtor(s)** | |

**ORDER DISCHARGING TRUSTEE AND CLOSING THE CASE**

The Trustee having filed a Report of No Distribution, the Clerk having given notice of the Trustee's report, and no objections having been filed by any party in interest, including the U. S. Trustee, it is now,

**ORDERED** that the Trustee be and is hereby discharged, that the bond of the trustee be cancelled and the surety thereon released from further liability thereunder and that the estate be and is hereby closed pursuant to the provisions of Rule 5009 of the Federal Rules of Bankruptcy Procedure.

San Juan, Puerto Rico, this 27 day of December, 2010.

*/s/ Lamoutte*
**Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge**

CC:  NOREEN WISCOVITCH RENTAS
     US TRUSTEE

# CERTIFICATE OF NOTICE

```
District/off: 0104-3           User: romoj              Page 1 of 1              Date Rcvd: Dec 28, 2010
Case: 10-08840                 Form ID: pdf003          Total Noticed: 1
```

The following entities were noticed by first class mail on Dec 30, 2010.
db/jdb      +WILLIE RAFAEL COLON PEREZ,    DAISY MARGARITA ROSARIO RODRIGUEZ,    RR 01 BOX 14491,
             MANATI, PR 00674-9765
The following entities were noticed by electronic transmission.
NONE.                                                                                           TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 30, 2010**                          **Signature:** _Joseph Speetjens_